PER CURIAM.
Affirmed. Darden v. Wainwright, 477 U.S. 168, 106 S.Ct. 2464, 91 L.Ed.2d 144, reh’g denied, 478 U.S. 1036, 107 S.Ct. 24, 92 L.Ed.2d 774 (1986); Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674, reh’g denied, 467 U.S. 1267, 104 S.Ct. 3562, 82 L.Ed.2d 864 (1984); Blanco v. Wainwright, 507 So.2d 1377 (Fla.1987); Knight v. State, 394 So.2d 997 (Fla.1981); State v. Stirrup, 469 So.2d 845 (Fla. 3d DCA), review denied, 480 So.2d 1296 (Fla.1985); Whitaker v. State, 433 So.2d 1352 (Fla. 3d DCA 1983).